UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EMMERSON A. GATEWOOD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 2:18-CV-1512-CLS-GMB |
| | ) |
| **JEFFERSON S. DUNN**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on May 20, 2019, recommending that defendants' motion for summary judgment be granted, and that this action be dismissed with prejudice. (Doc. 24). Although the magistrate judge advised plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, defendants' motion for summary judgment will be granted, and all of plaintiff's claims will be dismissed.

A separate Final Judgment will be entered.

DONE this 12th day of July, 2019.

_____
United States District Judge